**EXHIBIT A**

 **CT Corporation**

**Service of Process Transmittal**
01/25/2013
CT Log Number 522018187

**TO:** Robin Preble
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-

**RE:** **Process Served in Massachusetts**

**FOR:** Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Jean Liu, Pltf. vs. Target Corporation, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Proof of Service, Complaint and Demand for Jury Trial, Cover Sheet, Scheduling Order, Order of Court |
| **COURT/AGENCY:** | Middlesex Superior Court, Middlesex County, MA <br> Case # MICV20120480BF |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 12/14/2009 at Target located at 550 Arsenal Street, Watertown, MA - Seeking in excess of $97,000.00 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Boston, MA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/25/2013 at 13:30 |
| **JURISDICTION SERVED :** | Massachusetts |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days, exclusive of the day of service - Answer Complaint // 3/10/2013 - Return filed with Court (See document for additional deadlines) |
| **ATTORNEY(S) / SENDER(S):** | J. Michael Conley <br> Kenney & Conley, P.C. <br> 100 Grandview Road, Suite 218 <br> Post Office Box 9139 <br> Braintree, MA 02184 <br> 781-848-9891 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/28/2013, Expected Purge Date: 02/02/2013 <br> Image SOP <br> Email Notification, Non Employee Litigation Target gl.legal@target.com |
| **SIGNED:** <br> **PER:** <br> **ADDRESS:** | C T Corporation System <br> Dahriena Mitchell <br> 155 Federal Street <br> Suite 700 <br> Boston, MA 02110 |
| **TELEPHONE:** | 617-757-6404 |

Page 1 of  1 / DD

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —**
**TORT — MOTOR VEHICLE TORT — CONTRACT —**
**EQUITABLE RELIEF — OTHER**

## COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. MICV2012-04808-F

MIDDLESEX .............. , ss

JEAN LIU
............................... , Plaintiff(s)

v.

TARGET CORPORATION
............................. , Defendant(s)

### SUMMONS

To the above-named Defendant: Target Corporation c/o Registered Agent, CT Corporation System, 155 Federal Street, Suite 700, Boston, MA 02110

You are hereby summoned and required to serve upon ......J. MICHAEL CONLEY, ESQ. ................

.............................................. plaintiff's attorney, whose address is ......KENNEY & CONLEY, P.C., ..............

100 GRANDVIEW ROAD, BRAINTREE, MA 02184, an answer to the complaint which is herewith

served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you

fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also

required to file your answer to the complaint in the office of the Clerk of this court at ......200 TRADECENTER, .........

WOBURN, MA 01801 ................................ either before service upon plaintiff's attorney or within a

reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may

have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's

claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at ......BRAINTREE, MASSACHUSETTS ..............................

the ............17TH................................ day of ......JANUARY ...............................

....................., in the year of our Lord ......2013.............................. .

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

A true copy Attest: John Cotter /s/ W. Sull

7/25/13

Deputy Sheriff Suffolk County

Clerk

**NOTES.**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ..................................................................................................
20........., I served a copy of the within summons, together with a copy of the complaint in this action,
upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

.........................................................................................................................................................

.........................................................................................................................................................

.........................................................................................................................................................

..................................................................................................

Dated: ...................................................................................., 20..........

**N.B.  TO PROCESS SERVER:**
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX
ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

( _____ )

( ........................................., 20.......... )

( _____ )

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX ....ss.

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. MICV2012-04808-F

JEAN LIU ........Pltf.

v.

TARGET CORPORATION ........Deft.

SUMMONS
(Mass. R. Civ. P. 4)

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.

SUPERIOR COURT
CIVIL ACTION
NO.

* * * * * * * * * * * * * *

JEAN LIU,

    Plaintiff

V.

TARGET CORPORATION,

    Defendant

* * * * * * * * * * * * * * *

## COMPLAINT AND DEMAND FOR JURY TRIAL

1.    The Plaintiff, Jean Liu, resides in Belmont, Middlesex County, Massachusetts.

2.    The Defendant, Target Corporation, is a duly-constituted corporation with places of business throughout Eastern Massachusetts, including in Middlesex County. At all times material hereto, the Defendant, Target Corporation, has owned and/or managed and controlled the premises including a Target Department Store at 550 Arsenal Street, Watertown, Massachusetts.

3.    On December 14, 2009, the Plaintiff, Jean Liu, while lawfully on the premises of 550 Arsenal Street, for purposes of patronizing the Target Department Store, tripped on a curb and fell while attempting to access the store's entryway sidewalk. The curb which caused Ms. Liu to fall constituted a dangerous and defective condition in the line of egress immediately outside the store.

4.    The Defendant negligently adopted an unsafe curb configuration, failed to correct the unsafe design, and failed to warn its customers as to the unusual and unsafe curb configuration.

**PAGE 1 OF 3**

5.     The sidewalk in front of the store has a "rolled curb" design. The "rolled curb" used at this Target store begins as a walking surface which is flush and level with both the sidewalk and the asphalt parking lot at the store's entrance, and then transitions to an uneven, concave, sloped surface. The uneven, sloped surface of the curb creates an excessive cross slope. The curb and the sidewalk are both formed with concrete and there are no markings or painted striping to distinguish the curb from the sidewalk.

6.     The "rolled curb" design, distractions, including other pedestrians and vehicular traffic, as well as lack of markings, make the transition from a level walking surface to an uneven, sloped walking surface difficult for pedestrians to perceive and increase the chance for missteps and trips. The unmarked and uneven, sloped walking surface of the "rolled curb," was unsafe.

7.     As of December 2009, the Defendant was aware that the "rolled curb" design without markings posed a substantial risk of harm to customers. The Defendant was aware of the risk of injury the unmarked and uneven walking surface created for pedestrians, and consciously disregarded that risk and chose not to alter or change the design of the curb or to mark the curb to make pedestrians aware of the uneven, sloping surface.

8.     The Defendant, Target Corporation, breached its duty to the Plaintiff, Jean Liu, in the following ways:

a.     the Defendant failed to provide Ms. Liu with a reasonably safe walkway because the "rolled curb" consists of an uneven, sloped walking surface which increases the risk of missteps and trips and lacks adequate visual cues to inform Ms. Liu that a misstep and trip hazard is present;

b.     the Defendant failed to properly inspect and design the walkway to identify these unsafe conditions; and

c.     the Defendant failed to correct the unsafe conditions.

9.     The "rolled curb" violated the State Building Code.

10.     As a result, the Plaintiff, Jean Liu, was seriously injured, was prevented from transacting her business, suffered great pain of body and mind, and incurred expense for medical attention and hospitalization.

## FIRST CAUSE OF ACTION

11.     The First Cause of Action is an action by the Plaintiff, Jean Liu, against the Defendant, Target Corporation, for negligence resulting in personal injury.

## SECOND CAUSE OF ACTION

12.     The Second Cause of Action is an action by the Plaintiff, Jean Liu, against the Defendant, Target Corporation, for violation of the State Building Code resulting in personal injury.

WHEREFORE, the Plaintiff, Jean Liu, demands judgment against the Defendant, Target Corporation, in an amount that is fair, together with interest and costs and such other relief to which she is legally entitled.

## PLAINTIFF DEMANDS A TRIAL BY JURY.

Respectfully submitted,

JEAN LIU,
By her attorney,

J. Michael Conley  (BBO #094090)
Kenney & Conley, P.C.
100 Grandview Road, Suite 218
Post Office Box 9139
Braintree, Massachusetts 02184
Telephone: (781) 848-9891
michael@kenneyconley.com

Dated:  December 7, 2012

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: **Middlesex** |
|---|---|---|

**PLAINTIFF(S)**

JEAN LIU

**DEFENDANT(S)**

TARGET CORPORATION

**ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE**
J Michael Conley Esq, Kenney & Conley PC, P.O. Box 9133
Braintree, MA 02185-9133 Telephone: 781-848-9891
Board of Bar Overseers number:  094090

**ATTORNEY (if Known)**

### Original code and track designation

Place an x in one box only:
- ☒ 1. F01 Original Complaint
- ☐ 2. F02 Removal to Sup.Ct. C.231,s.104
- ☐ 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)

- ☐ 4. F04 District Court Appeal c. 231, s. 97 & 104 (after trial) (X)
- ☐ 5. F05 Reactivated after rescript; relief from judgement/Order (Mass.R.Civ.P. 60) (X)
- ☐ 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) TRACK | IS THIS A JURY CASE? |
|---|---|---|
| **B04** | Other Negligence<br>**Personal Injury** ( **F** ) | ( **X** ) YES    ( ) NO |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A.   Documented medical expenses to date:
1. Total hospital expenses                                                    $ _____
2. Total Doctor expenses                                                      $ _____
3. Total chiropractic expenses                                              $ _____
4. Total physical therapy expenses                                       $ _____
5. Total other expenses (describe)              Subtotal            $ +77,000.00
                                                                                          $ +20,000.00
B.   Documented lost wages and compensation to date                 $ _____
C.   Documented property damages to date                                    $ _____
D.   Reasonably anticipated future medical and hospital expenses   $ _____
E.   Reasonably anticipated lost wages                                           $ _____
F.   Other documented items of damages (describe)

G.   Brief description of plaintiff's injury, including nature and extent of injury (describe)

Plaintiff was injured when she tripped and fell upon a hazardous, unsafe condition
negligently created by the Defendant, resulting in a fractured femur and dislocated     $ _____
elbow injury which required surgical intervention and extensive
rehabilitative care.                                                            **TOTAL**     $ +97,000.00

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

                                                                                          **TOTAL**    $ _____

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____                      DATE: 12/07/2012

AOTC-6 mtc005-11/99
s.o.s.c. 1-2000

# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

CIVIL DOCKET # MICV2012-04808-F

Courtroom Civil-F - Ct Rm 510- 200 TradeCenter, Woburn

RE:   **Liu v Target Corporation**
TO:

>       J. Michael Conley, Esquire
>       Kenney & Conley
>       100 Grandview Road, Suite 218
>       P.O. Box 9139
>       Braintree, MA 02185-9139

## SCHEDULING ORDER FOR F. TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated, and case shall be resolved and judgment shall issue 10/01/2014.

| STAGES OF LITIGATION | DEADLINES | | |
|---|---|---|---|
| | SERVED BY | FILED BY | HEARD BY |
| Service of process made and return filed with the Court | 03/10/2013 | 03/10/2013 | |
| Response to the complaint filed (also see MRCP 12) | | 04/09/2013 | |
| All motions under MRCP 12, 19, and 20 | 04/09/2013 | 05/09/2013 | 06/08/2013 |
| All motions under MRCP 15 | 04/09/2013 | 05/09/2013 | 06/08/2013 |
| All discovery requests and depositions served and non-expert depositions completed | 10/06/2013 | | |
| All motions under MRCP 56 | 11/05/2013 | 12/05/2013 | |
| Final pre-trial conference held and/or firm trial date set | | | 04/04/2014 |
| Case shall be resolved and judgment shall issue by **10/01/2014** | | | 10/01/2014 |

The final pre-trial deadline is **not the scheduled date of the conference.**
You will be notified of that date at a later time.
Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

Dated: 12/10/2012

Michael A. Sullivan
Clerk of the Court

Telephone: 781-939-2769

## COMMONWEALTH OF MASSACHUSETTS
## THE SUPERIOR COURT

*12-4808*

**MIDDLESEX, ss.**                   **Applicable to All Civil "F" Session Cases**

## ORDER OF COURT

All attorneys who have filed an appearance in the Civil "F" Session in Middlesex
County (Courtroom 510) shall be required to:

> 1. furnish, in writing, a current email address directed to
>    the attention of:
>
>    **Assistant Clerk Martha Fulham Brennan**
>    **Middlesex Superior Court – Civil "F" Session**
>    **Courtroom 510**
>    **200 TradeCenter**
>    **Woburn, Massachusetts 01801**
>
> 2. complete the digital form found at the URL address
>    provided at http://tinyurl.com/CourtOrder510.

Counsel shall also notify forthwith the Clerk's Office, in writing, of any change
in their his/her email address.

Finally, if any service and/or Answer are pending, the plaintiff's counsel shall
serve a copy of this Order on all other parties and/or their counsel by certified
mail - return receipt requested *and* by regular mail.

BY THE COURT,

DENNIS J. CURRAN
Associate Justice

July 25, 2012

*N.B. For information about the scheduling of cases and the management of this
civil session during the period to which this judge is assigned, please see
www.judgedennisjcurran.com.*